IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, ) | No. C 10-5807 LHK (PR) |
| ) | |
| Plaintiff, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| THE COMMISSIONER, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 5/12/11

LUCY H. KOH
United States District Judge

P:\PRO-SE\SJ.LHK\CR.10\Rasheed807jud.wpd